**E-FILED on**     8/5/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL CAMPOS,

        Petitioner,

v.

ROBERT HOREL, Warden

        Respondent.

No. C-08-03750 RMW

ORDER TO SHOW CAUSE

      On January 5, 2010, the court issued an order requiring respondent to show cause why a writ of habeas corpus should not be granted. Respondent was ordered to file with the court an answer or a motion to dismiss within 60 days of the order. Respondent has not taken any action on this case. The court therefore orders respondent to file a declaration by August 26, 2010 showing good cause why the petition for writ of habeas corpus should not be granted for lack of opposition. Absent a showing of good cause, the petition will be granted.

      The Clerk of the Court shall serve a copy of this order upon respondent and respondent's attorney, the Attorney General of the State of California.

Dated:     8/5/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-08-03750 RMW
CCL