**E-FILED on**     8/27/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL CAMPOS,

    Petitioner,

v.

ROBERT HOREL, Warden

    Respondent.

No. C-08-03750 RMW

ORDER TO SHOW CAUSE

    Because the court's August 5, 2010 order was not served upon respondent and respondent's attorney in a timely fashion, the court hereby vacates the deadline for responding to its August 5, 2010 order.

    On January 5, 2010, the court issued an order requiring respondent to show cause why a writ of habeas corpus should not be granted. Respondent was ordered to file with the court an answer or a motion to dismiss within 60 days of the order. Respondent has not taken any action on this case. The court therefore orders respondent to file a declaration by September 17, 2010 showing good cause why the petition for writ of habeas corpus should not be granted for lack of opposition. Absent a showing of good cause, the petition will be granted.

ORDER TO SHOW CAUSE—No. C-08-03750 RMW
CCL

The Clerk of the Court shall serve a copy of this order upon respondent and respondent's attorney, the Attorney General of the State of California.

Dated: 8/27/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge