E-FILED on  9/17/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL CAMPOS,

    Petitioner,

v.

ROBERT HOREL, Warden

    Respondent.

No. C-08-03750 RMW

ORDER FINDING GOOD CAUSE

The court finds that respondent has shown good cause why the petition should not be granted for lack of opposition. On September 16, 2010, respondent filed an answer in response to the court's order to show cause why a writ of habeas corpus should not be granted. If petitioner wishes to respond to the answer, he shall do so by filing a traverse within 30 days of the filing of the answer.

Dated:  9/17/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-08-03750 RMW
CCL