Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Ave., No. 429
Oakland, CA  94610
(510) 452-3126

Attorney for Petitioner
Raul Campos, V-68975
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **RAUL CAMPOS,**<br><br>　　　　Petitioner,<br><br>　　v.<br><br>**ROBERT HOREL, Warden,**<br><br>　　　　Respondent | C 08-03750 RMW<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME** |

Upon motion of Petitioner and for good cause shown, the deadline for filing Petitioner's Traverse to Respondent's Answer is extended until November 17, 2010.

**IT IS SO ORDERED.**

　　Dated: _____, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____