Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Ave., No. 429
Oakland, CA  94610
(510) 452-3126

Attorney for Petitioner
Raul Campos, V-68975
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **RAUL CAMPOS,**<br><br>        **Petitioner,**<br><br>    **v.**<br><br>**ROBERT HOREL, Warden,**<br><br>        **Respondent** | **C 08-03750 RMW**<br><br><br>**ORDER GRANTING**<br>**APPLICATION FOR**<br>**ENLARGEMENT OF TIME** |

Upon motion of Petitioner and for good cause shown, the deadline for filing
Petitioner's Traverse to Respondent's Answer is extended until November 17, 2010.

**IT IS SO ORDERED.**

Dated: _____October 12____, 2008

*Ronald M. Whyte*