E-FILED on    10/5/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL CAMPOS,

        Petitioner,

v.

ROBERT HOREL, Warden

        Respondent.

No. C-08-03750 RMW

ORDER SUBMITTING MATTER WITHOUT TRAVERSE

      Petitioner, a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on August 5, 2008.  On September 16, 2010, respondent filed his answer along with the record of the state court proceedings and a memorandum of points and authorities supporting the answer.  Petitioner was originally given until October 18, 2010 to file a traverse which time was later extended on petitioner's request to November 17, 2010.  The docket reflects that no traverse has been filed.  Therefore, the court hereby submits the

ORDER TO SHOW CAUSE—No. C-08-03750 RMW

/ / /

matter for determination on the papers filed and without a traverse.


Dated:    10/5/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-08-03750 RMW