**E-filed on:** 5/3/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAUL CAMPOS,<br><br>      Petitioner,<br><br>  v.<br><br>ROBERT HOREL, Warden,<br><br>      Respondent. | No. C-08-03750 RMW<br><br>JUDGMENT |

On April 19, 2012, the court denied petitioner Raul Campos' petition for writ of habeas corpus and certificate of appealability. Therefore, it is hereby adjudged that petitioner takes nothing by way of his petition and that judgment be entered in favor of respondent.

DATED:    5/3/12

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge